COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jennifer Ann Larkins–Ruby v. Austin County, et al.

Appellate case number:    01-21-00496-CV

Trial court case number:   2020V-0165

Trial court:               155th District Court of Austin County

On September 9, 2021, appellant, Jennifer Ann Larkins–Ruby, proceeding pro se, filed a notice of appeal from the trial court's August 17, 2021 final judgment. On September 17, 2021, appellant filed a "First Unopposed Motion for Extension of Time to File Petition for Review." In her motion, appellant requests a "minimum extension of time" of thirty days from the filing of the clerk's record and reporter's record "to file [her] [p]etition of [r]eview."

While appellant's motion refers to her "[p]etition of [r]eview," because there has been no opinion and judgment from this Court, we construe her motion as a motion for extension of time to file her appellant's brief. *Compare* TEX. R. APP. P. 38 (discussing requirements for appellate briefs filed in the courts of appeals), *with* TEX. R. APP. P. 53 (allowing party to file "petition for review" to alter judgment of court of appeals).

To the extent appellant seeks an extension of her deadline to file an appellant's brief with this Court, no extension is necessary. The appellate record, consisting of the clerk's record and the reporter's record, has not yet been filed, and according to our records, is due to be filed with this Court on or before October 18, 2021. *See* TEX. R. APP. P. 35.1. Because the appellate record is not complete, and is not yet due, the deadline for the filing of appellant's brief cannot be determined. *See* TEX. R. APP. P. 38.6(a) (deadline for filing of appellant's brief is thirty days after completion of appellate record).

Accordingly, appellant's motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____

☑ Acting individually    ☐ Acting for the Court

Date: ____September 30, 2021____